**Order No. 97–3**
**January 8, 1997**

| | | |
|---|---|---|
| 18343 | State v. Quiocho | Affirmed |

**Order No. 97–4**
**January 15, 1997**

| | | |
|---|---|---|
| 17098 | State v. Durham | Affirmed |

**Order No. 97–5**
**January 16, 1997**

| | | |
|---|---|---|
| 18693 | State v. Gross | Affirmed |

**Order No. 97–6**
**January 21, 1997**

| | | |
|---|---|---|
| 18741 | Irvine v. Simon | Reversed |

**Order No. 97–7**
**January 22, 1997**

| | | |
|---|---|---|
| 17153 | Knight Development Corp. v. Bays | Affirmed |

**Order No. 97–8**
**January 24, 1997**

| | | |
|---|---|---|
| 19282 | State v. Pascual | Affirmed |

**Order No. 97–9**
**January 28, 1997**

| | | |
|---|---|---|
| 18346 | Joslin v. Liberty House, Inc. | Affirmed in part, reversed in part |